**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Petitioner | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-mc-0295 |
| DAVID G. WHITE, *et al.*, | § § | |
| Respondent. | § | |

**ORDER**

To the extent the letters filed on April 13, 2010 ask this court to recuse, the request is denied.

No basis for recusal is disclosed in this record.

SIGNED on April 22, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge