# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. H-09-0295 |
| | § | |
| DAVID G. WHITE, | § | |
| | § | |
| Respondent. | § | |

## ORDER

David G. White has moved to dismiss this action in light of his compliance with the Internal Revenue Service's summons. (Docket Entry No. 38). The government does not oppose the motion. The motion is granted.

SIGNED on May 6, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge